# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0547. TANGI Y. DIXON v. ACE HOMES, LLC.

Ace Homes, LLC ("Ace Homes"), filed this dispossessory action against Tangi Dixon in magistrate court. Following an adverse judgment in magistrate court, Dixon appealed to state court. On March 7, 2025, the state court issued final judgment in favor of Ace Homes. Dixon filed a motion to set aside the judgment pursuant to OCGA § 9-11-60(d), which the state court denied on August 4, 2025. Dixon then filed this direct appeal on September 3, 2025.

We lack jurisdiction because, pretermitting whether a direct appeal is proper,[1] the appeal is untimely in that it was filed more than seven days after the entry of the state court's August 4, 2025 order. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on

---

[1] State court orders reviewing magistrate court decisions by de novo proceedings, as well as orders denying motions to set aside under OCGA § 9-11-60(d), are subject to the discretionary appeal procedure. OCGA § 5-6-35(a)(8), (11).

this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020).

For the foregoing reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/21/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*